JOHN P. KRISTENSEN (SBN 224132)
*john@kristensenlaw.com*
DAVID L. WEISBERG (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 221
Los Angeles, CA 90025
Telephone: 310-507-7924
Fax: 310-507-7906

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PAUL MANKIN, individually and on behalf of all others similar situated,

Plaintiff,

vs.

MOUNTAIN WEST RESEARCH CENTER, L.C., and DOES 1 through 10, inclusive, and each of them,

Defendants.

Case No. 2:13-cv-06447-DSF-AGR
**CLASS ACTION**

**STIPULATION EXTENDING DATE BY WHICH PLAINTIFF MUST FILE MOTION FOR CLASS CERTIFICATION**

**(F.R.C.P. 23 & L.R. 23-3)**

Assigned to the Honorable Dale S. Fischer

Action Filed on September 3, 2013

Service Waived on September 12, 2013

[Filed and Served with [Proposed] Order]

**STIPULATION**

**WHEREAS**, plaintiff Paul Mankin ("Plaintiff") and defendant Mountain West Research Center, L.C. ("Defendant"), by and through their respective

counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on September 3, 2013, Plaintiff filed the Complaint asserting class action allegations for damages and injunctive relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "Complaint") in the United States District Court, Central District of California;

**WHEREAS**, on September 12, 2013, Defendant signed a Waiver of the Service of Summons, which was filed on September 17, 2013;

**WHEREAS**, Defendant's Response to the Complaint is currently due on November 12, 2013;

**WHEREAS**, pursuant to Local Rule 23-3, Plaintiff's deadline to file a Motion for Class Certification under Federal Rule of Civil Procedure 23 is December 11, 2013;

**WHEREAS**, the parties have not yet appeared before the Court for a scheduling conference (a scheduling conference has not been set), nor have they held their Rule 26(f) meeting or commenced discovery;

**WHEREAS**, prior to filing his class certification motion, Plaintiff intends to serve discovery on class certification issues;

**WHEREAS**, the parties agree to extend the date by which Plaintiff must file a Motion for Class Certification to 120 days from December 11, 2013 until Thursday, April 10, 2014;

**WHEREAS**, there have been no prior requests for extensions of this deadline; and

**WHEREAS**, this stipulation is made without prejudice to any party's right to request, subject to Court approval, further extensions of this deadline, as appropriate.

///

///

///

**THEREFORE**, the parties stipulate, subject to court approval, that Plaintiff's deadline to file a Motion for Class Certification should be continued under Thursday, April 10, 2014.

Dated: October 22, 2013

Respectfully submitted,

By: /s/ John P. Kristensen

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

By: /s/ Christine Reilly

Christine Reilly (SBN 224132)
*creilly@loeb.com*
**LOEB & LOEB, LLP**
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Fax: (213) 652-1830

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 221, Los Angeles, California 90025.

The foregoing document was serve on all parties and their attorneys of record in: *Paul Mankin, individually and on behalf of all others similarly situated v. Mountain West Research Center*, *L.C.*, No. 13-cv-06447-DSF-AGR, via ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on October 22, 2013.

/s/ John P. Kristensen
John P. Kristensen