1  Michael L. Mallow (State Bar No. 188745)
   mmallow@loeb.com
2  Christine M. Reilly (State Bar No. 226388)
   creilly@loeb.com
3  Meredith J. Siller (State Bar No. 278293)
   msiller@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
5  Los Angeles, California 90067-4120
   Telephone:  (310) 282-2000
6  Facsimile:   (310) 282-2200

7  Attorneys for Defendant
   Mountain West Research Center, L.C.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | Paul Mankin, individually and on behalf of all others similarly situated, | Case No. CV13-06447-DSF (AGRx) |
|---|---|---|
| 13 | | Assigned to Hon. Dale S. Fischer |
| 14 | Plaintiff, | **STIPULATION EXTENDING DATE BY WHICH DEFENDANT MUST RESPOND TO COMPLAINT, MODIFYING BRIEFING SCHEDULE, AND SETTING DATE BY WHICH THE PARTIES' RULE 26(f) CONFERENCE MUST OCCUR** |
| 15 | v. | |
| 16 | Mountain West Research Center, L.C., and does 1 through 10, inclusive, and each of them, | |
| 17 | | |
| 18 | Defendants. | Action Filed on September 3, 2013 |
| 19 | | Service Waived on September 12, 2013 |
| 20 | | Filed and Served with [Proposed] Order |

STIPULATION EXTENDING DATES
Case No. CV13-06447-DSF (AGRx)

# STIPULATION

**WHEREAS**, plaintiff Paul Mankin ("Plaintiff") and defendant Mountain West Research Center, L.C. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on September 3, 2013, Plaintiff filed a complaint asserting class action allegations for damages and injunctive relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "Complaint") in the United States District Court, Central District of California;

**WHEREAS**, on September 12, 2013, Defendant signed a Waiver of the Service of Summons, which was filed on September 17, 2013;

**WHEREAS**, Defendant's Response to the Complaint is currently due on November 12, 2013;

**WHEREAS**, the parties agree to extend the date by which Defendant must respond to the Complaint until Friday, January 3, 2014, due to the impending holidays;

**WHEREAS**, the parties agree to extend the date by which Plaintiff must file any Opposition, if necessary, to Defendant's Response to Friday, January 24, 2014;

**WHEREAS**, the parties agree to extend the date by which Defendant must file any Reply, if necessary, in support of Defendant's Response to Friday, February 7, 2014;

**WHEREAS,** the parties agree to conduct their Rule 26(f) conference by Friday, December 20, 2013, unless the Court sets the Scheduling Conference at an earlier date;

**WHEREAS**, there have been no prior requests for extensions of these deadlines; and

**WHEREAS**, this stipulation is made without prejudice to any party's right to request, subject to Court approval, further extensions of this deadline, as appropriate.

1  **THEREFORE**, the parties stipulate, subject to court approval, that
2  Defendant's deadline to respond to the Complaint should be continued until Friday,
3  January 3, 2014; that Plaintiff's deadline to file an Opposition, if the Defendant does
4  not Answer, is Friday, January 24, 2014; that Defendant's deadline to file a Reply, if
5  the Defendant does not Answer, is Friday, February 7, 2014; and the parties agree to
6  conduct their Rule 26(f) conference by Friday, December 20, 2013.

8  Dated: November 6, 2013                LOEB & LOEB LLP
                                          MICHAEL L. MALLOW
9                                         CHRISTINE M. REILLY
                                          MEREDITH J. SILLER

11                                        By      */s/ Meredith J. Siller*
12                                                Meredith J. Siller
                                                  Attorneys for Defendant
13                                                Mountain West Research Center, L.C.

15                                        KRISTENSEN WEISBERG, LLP
                                          JOHN P. KRISTENSEN
16                                        DAVID L. WEISBERG

17                                        By      */s/ John Kristensen*
18                                                John Kristensen
                                                  Attorneys for Plaintiff
                                                  Paul Mankin