Michael L. Mallow (State Bar No. 188745)
mmallow@loeb.com
Christine M. Reilly (State Bar No. 226388)
creilly@loeb.com
Meredith J. Siller (State Bar No. 278293)
msiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   (310) 282-2000
Facsimile:   (310) 282-2200

Attorneys for Defendant
Mountain West Research Center, L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Mankin, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Mountain West Research Center, L.C., and does 1 through 10, inclusive, and each of them,<br><br>    Defendants. | Case No. CV13-06447-DSF (AGRx)<br><br>Assigned to Hon. Dale S. Fischer<br><br>**JOINT STIPULATION EXTENDING DATE BY WHICH DEFENDANT MUST RESPOND TO COMPLAINT**<br><br>Action Filed on September 3, 2013<br><br>Service Waived on September 12, 2013<br><br>Filed and Served with [Proposed] Order |

1 **STIPULATION**

2     **WHEREAS**, plaintiff Paul Mankin ("Plaintiff") and defendant Mountain
3 West Research Center, L.C. ("Defendant"), by and through their respective counsel
4 of record, hereby stipulate and agree as follows:

5     **WHEREAS**, on September 3, 2013, Plaintiff filed a complaint asserting class
6 action allegations for damages and injunctive relief pursuant to the Telephone
7 Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "Complaint");

8     **WHEREAS**, Defendant's response to the Complaint was originally due on
9 November 12, 2013;

10     **WHEREAS**, the parties stipulated to extend the date by which Defendant
11 must respond to the Complaint, so that the current response date is January 3, 2014;

12     **WHEREAS**, in mid-December 2013, the parties reached a settlement in
13 principle and are currently in the process of preparing the settlement documents;

14     **WHEREAS**, the parties hereby agree to extend the date by which Defendant
15 must respond to the Complaint until April 1, 2014;

16     **WHEREAS**, this stipulation is made without prejudice to any party's right to
17 request, subject to Court approval, further extensions of this deadline, as
18 appropriate.

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 **THEREFORE**, the parties stipulate, subject to court approval, that Defendant's deadline to respond to the Complaint should be continued until April 1, 2014.

Dated: December 30, 2013

LOEB & LOEB LLP
MICHAEL L. MALLOW
CHRISTINE M. REILLY
MEREDITH J. SILLER

By  */s/ Christine Reilly*
   Christine M. Reilly
   Attorneys for Defendant
   Mountain West Research Center, L.C.

KRISTENSEN WEISBERG, LLP
JOHN P. KRISTENSEN
DAVID L. WEISBERG

By  */s/ John Kristensen*
   John Kristensen
   Attorneys for Plaintiff
   Paul Mankin